NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


04-633


RONNIE ROCHON, ET AL.

VERSUS

PATIENT'S COMPENSATION FUND AND DR. EARNEST W. KINCHEN


**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 99-0631
HONORABLE KRISTIAN EARLES, PRESIDING

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks and Michael G. Sullivan, Judges.

AFFIRMED.

John H. Pucheu
Pucheu, Pucheu & Robinson, L.L.P.
P.O. Box 1109
Eunice, LA   70535
(337) 457-9075
COUNSEL FOR PLAINTIFFS/APPELLEES:
      Ronnie Rochon, et al.


John S. Bradford
Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.
One Lakeside Plaza
P.O. Box 2900
Lake Charles, LA  70602
(337) 436-9491
COUNSEL FOR DEFENDANT/APPELLANT:
      Dr. Earnest W. Kinchen